ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant*
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL P. SHANNON, an individual, | Case No.: 2:11-cv-01174-JCM-RJJ |
| Plaintiff, | |
| v. | **ORDER CANCELING LIS PENDENS** |
| BANK OF AMERICA, N.A., successor to La Salle Bank, N.A., as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 3007-4 Mortgage Loan Pass-Through Certificates, MERIDIAS CAPITAL, INC., a Nevada Corporation, QUALITY LOAN SERVICE CORPORATION, DOES I-X, ROES I-X Corporations | |
| Defendants. | |

The Court issued an Order granted the Motion for Judgment on the Pleadings in favor of Defendant Bank of American, N.A. (**BANA**) and entered Judgment on December 5, 2011 [Dkts. 27 and 28].

BANA further requests that the lis pendens currently recorded against the subject property by Plaintiff Daniel P. Shannon (**Plaintiff**) be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens Affecting Real Property (**Lis Pendens**) on or about June 15, 2011, as Document No. 201106150001148 in the real property records maintained by Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

{23582919;2}                                                         1

Upon consideration of BANA's request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants BANA its requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendant record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

*[signature]*
UNITED STATES DISTRICT JUDGE
Dated: March 29, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Bank of America, N.A.*

{23582919;2}

2

# EXHIBIT A

# EXHIBIT A



**RECORDING COVER PAGE**

Inst #: 201106150001148
Fees: $32.00
N/C Fee: $0.00
06/15/2011 10:09:42 AM
Receipt #: 812287
Requestor:
DANIEL SHANNON
Recorded By: CDE   Pgs: 19
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 163-04-720-04

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY, TO THE RECORDER DEED RECORDS, CLARK COUNTY, NEVADA

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

DANIEL SHANNON

**Return to:**

Name  DANIEL SHANNON

Address  4325 S. BUFFALO, SUITE 105

City/State/Zip  LAS VEGAS, NV 89147

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

```
NOLP
DANIEL P. SHANNON
4375 S. Buffalo Suite 105
Las Vegas, Nevada 89147
(702) 498-3688
buildvegas@yahoo.com
Plaintiff in proper person
```

FILED
JUN 15  9 41 AM '11

CLERK

## DISTRICT COURT

## CLARK COUNTY NEVADA

DANIEL P. SHANNON, an individual

    Plaintiffs,

vs.

BANK OF AMERICA N.A, successor to La Salle Bank, N.A., as trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 3007-4 Mortgage Loan Pass-Through Certificates, MERIDIAS CAPITAL INC, a Nevada Corporation, QUALITY LOAN SERVICE CORPORATION, DOES I-X, ROES I-X Corporations, ,

    Defendants

Case No. A-11-642955-C
Dept No. I

## NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY
## TO THE RECORDER, DEED RECORDS, CLARK COUNTY, NEVADA

COMES NOW, DANIEL SHANNON, and hereby files his notice of action affecting the title or possession of real property, pursuant to NRS 14.010 (1), and would show the following:

There is currently an action pending against the following property: APN # 163-04-720-004 THE STREET ADDRESS IS 1811 Langley Estates Street, Las Vegas, Clark County, Nevada 89117

The parties involved are the following:

1

1  DANIEL SHANNON, Plaintiff, and the following defendants:

2  BANK OF AMERICA N.A, successor to La Salle Bank, N.A., as trustee, on behalf of the
3  holders of the Thornburg Mortgage Securities Trust 3007-4 Mortgage Loan Pass-Through
   Certificates, MERIDIAS CAPITAL INC, a Nevada Corporation,  QUALITY LOAN SERVICE
4  CORPORATION,DOES I-X, ROES I-X Corporations,

5  The cause number is A-11-642955-C, currently pending in department "I," Eighth
6
7  Judicial District Court, Clark County, Nevada

8  The nature of the complaint is for a Wrongful Foreclosure, Quiet Title, Misrepresentation,
9  and for other relief, a copy of which is attached. Plaintiff seeks her interest in the property.
10 Plaintiff also seeks damages.
11
   Dated this 13th day of June, 2011.
12
13                                                          DANIEL P. SHANNON
                                                            4375 S. Buffalo Suite 105
14                                                          Las Vegas, Nevada 89147
                                                            (702) 498-3688
15                                                          buildvegas@yahoo.com
                                                            Plaintiff in proper person
16

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

JUN 15 2011

2